# UNITED STATES DISTRICT COURT MIDDLE DISTRICT JACKSONVILLE FLORIDA

## EARNESTLY PRAY FOR TRANSFER FROM NORTHERN DISTRICT OF FLORIDA EVANSVILLE

### CIVIL DOCKET FOR CASE # 1:20 ~~CV-00074-MW-GRJ~~

~~CASE NO 101124501 09/23/2020~~

BASAVARAJ A HOOLI V/S  1) JORGE PEREZ OWNER Regional General Hospital Willis ton Fl  
ABPMotors@Gmail.com

2) STATE OF FLORIDA DEPT OF FINANCE, GREG.SIDOTI, MANAGER INVESTIGATIONS  Greg.Sidoti@flofr.com.

PLAINTIFF           DEFENDENT

Both Parties Emails sent them

SUB                                  3:20-cv-1092-J-39 JRK

PRAY FOR KIND HELP TO OPEN CLOSED REGIONAL GENERAL HOSPITAL FROM NOV/2020 TH THREE COUNTIES ( LEVY,DIXIE &GILCHRIST ) PEOPLE OVER 95000 HAVE NO HOSPITAL IN THESE CRITICAL DAYS WITH CORONA

Now complainant Basavaraj Hooli Prays the Honorable Court to kindly consider for Protection of Health of 3 Counties Levy, Dixie & Gilchrest counties Population of over 95000 have No Hospital /Er if they are sick. There was Hospital for more than 100years but Jorge Perez Closed in October 2018. Jorge Perez and his family had 30 hospitals, fraudulently billed Medicare $1.4 Billion, collected $400 Million and Transferred to Cuba (Judgment

Copy attached)

Jorge Perez requested Basavaraj Hooli (Me) to get100 Nurses,50 Physio- therapists and 50 Doctors from India (for his 30 Rural Hospitals in Florida,Arkanasas,Kanasas &North Carolina states), train them for USA Professional Licenses.

Mr. Basavaraj Hooli had brought Several Nurses, Doctors and Physio therapists to Florida Hospitals & HCA Hospitals from 2001-2005.72 yrs old studied in Kasturba Medical College Mani pal, India, taught in J.N. Medical College Belgaum India worked in U.K.Medical center, University of Cincinnati, University of Miami and studied MBA Health mgmt. & 1yer Hospital Administrator Training university of Miami. Started IMC HMO Gold plus Outpatient Clinics in Oneco Medical center & Bradenton Medical Center. When IMC Gold Plus was sold to Humana, started his own HMO Well Care HMO, now it is the Largest HMO in USA.

I was promised to be paid 1) $20,000/Per Physician  for 20Physicians  = $400,000

    2) $15,000/Per Physio therapist for 20 Physiotherapists= $300,000

    3) $15000/Per Nurse for 20 Nurses = $ 300,000  for all $1,000,000

I recruited and trained even Jorge Perez came several times to Finalize selection. Unfortunately, he sponsored for Studying English Visa visa was refused was to sponsor, Training Visa was costing him $200 Each. All did not get Visas and complained on me for Cheating to Police.

We wanted to open Hospital for CORONA Patients the Hospital suddenly complete business Solutions put Fraud Foreclosure now FCC has arrested the CBS Gr person.

We request Honorable court to give permission to open hospital to save CORONA Patients

GREG SIDOTI  Investigations Manager Finance dept State of Florida

We complained to Greg Sidoti for Fraud mortgage, in April 2020, did not listen to us. we contacted FBI office Tampa, then Mr. Sidoti accepted FRAUD Mortgage of Hospital in July2020 but No action  Now no communication. State should have taken action when we complained now we pray for your help.

We need federal funds where 20 Billions, but Governor of Florida does not even Answer to our prayers please help us.

Basavaraj Hooli

First Class Mail to Jorge Perez